# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Bankruptcy Case No. 18-10512 (KBO) |
| Zohar III, Corp., et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| LYNN TILTON, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 20-933-MN |
| | : | Bankruptcy BAP No. 20-17 |
| ZOHAR III, CORP., et al., | : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **5th** day of **August, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The notice of appeal was filed with the Bankruptcy Court on July 9, 2020 and transmitted to this Court on July 10, 2020. Neither part expressed interest in mediation

and advised that a mediation process would not be useful in resolving this appeal. Prior to litigating this matter in Bankruptcy Court, the parties met and conferred regarding the scope of the requests and the issues raised on appeal. The parties further request that the following proposed briefing schedule be entered for this appeal:

| | |
|---|---|
| Appellants opening brief | September 17, 2020 |
| Appellees answering brief | November 4, 2020 |
| Appellants' reply brief | November 24. 2020 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated to this Recommendation because it is consistent with the parties' request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge