IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  ZOHAR III, CORP., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 18-10512 (KBO) |
| | ) | |
| | ) | |
| LYNN TILTON, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-933 (MN) |
| | ) | |
| ZOHAR III, CORP., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

WHEREAS, on August 5, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 14) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 14 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 13th day of August 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 14 at 2):

Appellants' Opening Brief – September 17, 2020

Appellees' Answering Brief – November 4, 2020

Appellants' Reply Brief – November 24, 2020.

The Honorable Maryellen Noreika
United States District Court